**KENNETH A. PAUL**
ATTORNEY AT LAW

140 BROADWAY - SUITE 4610
NEW YORK, N.Y. 10005
TELEPHONE: (212) 587-8000
FAX: (212) 858-7750

kpaul@kennethpaulesq.com

November 19, 2019

**Via ECF and Regular Mail**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Denard Butler
      18 Cr. 0834 (PAE)

Dear Judge Engelmayer:

I represent Mr. Denard Butler in the above-referenced matter, having been assigned as CJA counsel to replace prior counsel, Stephen Turano. Mr. Butler's case is scheduled for sentencing on December 4, 2019. Please accept this letter as a request for an adjournment of this matter to a date convenient with the Court.

My mitigation specialist, Meredith Shriver, has completed her report but we are still waiting for the return of medical records regarding Mr. Butler. I am also expecting additional letters for submission to the Court in advance of sentencing. Consequently, I need time to prepare a complete and thorough sentencing memorandum to the Court. I have communicated with AUSA Michael Longyear who consents to this application.

Therefore, I respectfully request an adjournment of Denard Butler's sentencing date to any date during the week of January 13th.

Thank you for your consideration.

Yours truly,

Kenneth A. Paul

**GRANTED.** Sentencing is adjourned to January 30, 2020 at 3:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 372.

SO ORDERED.                    11/20/2019

_____
PAUL A. ENGELMAYER
United States District Judge