UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DENARD BUTLER,

                Defendant.

18 Cr. 834-10 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received the attached letter from defendant Denard Butler, which requests the appointment of counsel to file a renewed motion for compassionate release. The Court directs Mr. Butler's trial counsel, Jacob Mitchell, to submit a letter memorandum in support of Mr. Butler's application for compassionate release. That memorandum is due by July 7, 2021. The Government's response is due by July 14, 2021.

    SO ORDERED.

                                             *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: June 16, 2021
       New York, New York

6/4/21

Dear Judge Englemayer,

    I would like to start off by saying I hope that this letter finds you in the best of health. Especially during these trying uncertain times. I Denard Butler am asking that you allow me to be appointed a new CJA. One that can review my compassionate release motion. I was previously represented by Jacob Mitchell, who sat second chair to the late Kenneth Paul. It is to my understanding that Mr. Mitchell is not on the board and can't handle the proceedings in regard to what I need at the present time. A lot has changed since my initial compassionate release motion was heard before you and I need assistance with the wording and legality so that it is presented to you adequately. Thanks for your time your honor. I hope to hear back from you soon.

                              Sincerely,
                              Denard Butler