UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18 Cr. 834-10 (PAE) |
| -v- | ORDER |
| DENARD BUTLER, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On June 16, 2021, the Court reappointed Denard Butler's trial counsel, Jacob Mitchell, Esq., for the limited purpose of submitting a letter memorandum in support of Mr. Butler's application for compassionate release. That letter memorandum was due July 7, 2021.

Counsel is directed to file forthwith a letter explaining why that letter memorandum was not timely filed and to file such memorandum of law by July 23, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2021
New York, New York