LAW OFFICE OF

# Jacob Barclay Mitchell, Esq.

225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574				EMAIL:jacobbarclaymitchell@gmail.com

July 16, 2021

Honorable Paul A. Englemayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

RE:	United States v. Denard Butler
	18-CR-834 (PAE)

Dear Judge Engelmayer:

This letter is submitted in response to the Court's Order of July 15, 2021 (*Dkt* 603). That Order directs me to explain why I did not comply with the Court's Order of June 16, 2021 (*Dkt* 601), appointing me to file a renewed motion for compassionate release by July 7, 2021.

I apologize to the Court for not meeting that deadline. On June 16, 2021, I was on trial before Judge Sidney H. Stein in the matter of *United States v. Alberto Moreta*, 19-CR-307 (SHS). The trial began on June 15, 2021, and went until June 28, 2021. I was very focused on the trial, and, as a result, I missed the ECF notification. I understand that it is my obligation to check the Court's electronic docket regularly, and I very much regret my oversight.

I spoke with Mr. Butler's family and have requested Mr. Butler call me to update me on the change of circumstances. I was able to obtain Mr. Butler's current BOP medical records and can meet the Courts current schedule based solely on those records. While I am prepared to adhere to the new schedule set by the Court, based on my discussion with Mr. Butler's family I am requesting additional time to obtain supplementary documentation. The relevant documents I intend to seek are his progress report from the BOP showing what Mr. Butler has accomplished while incarcerated and additional letters his family has expressed the desire to write on his behalf. As a result, I respectfully request the Court set a new deadline of August 2, 2021 to submit Mr. Butler's renewed compassionate release motion.

Thank you for your consideration.

Respectfully submitted,

_____/S_____
Jacob Mitchell

Granted. Defendant's letter memorandum of law in support of his motion for compassionate release is due August 2, 2021. The Government's opposition is due August 9, 2021. The Court does not invite reply.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

July 16, 2021