Denard Butler
Reg. # 86554-054
USP Allenwood
Box 3000
White Deer Pa 17887

**D&F**

**18-CR-834-10 (PAE)**

October 21, 2022

Judge Paul A. Engelmayer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Butler, Case # 18 Cr. 834 (PAE)

Dear Judge Engelmayer:

On February 1, 2022, I submitted a Your Honor's reconsideration motion for my compassionate release or for a reduction in sentence. I am checking on the status of my motion since I have approximately 45 days left to serve on my sentence. I respectfully request that the Court make a prompt decision on my motion in the interest of justice.

Thank you for your consideration of this matter.

Respectfully Submitted,

Denard Butler, Pro-se

cc: AUSA Office
One St. Andrew's Plaza
New York, New York 10007