UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DENARD BUTLER,<br><br>Defendant. | 18-CR-834-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* letter (Dkt. No. 660), requesting a status update of his compassionate release motion (Dlt. No. 621). The Court hereby orders that any response by the Government to the compassionate release motion shall be filed no later than **November 22, 2022**.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 15, 2022
New York, New York